

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

February 27, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08
```

**By Hand**
The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Luka Grishaj, et al, 07 Cr. 1158 (LBS)

Dear Judge Sand:

      As discussed with Your Honor's Deputy, the Government requests that the conference currently scheduled for March 4, 2008, be adjourned until a date convenient for the Court after March 17, 2008. Counsel for defendant Luka Grishaj has asked (and the Government has no objection) that the conference be adjourned until a date after March 24, 2008, because he will be away from New York until that date.

      The Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the next conference. During this time, counsel for the defendants will continue to review discovery produced by the Government, and will have discussions with the Government concerning possible dispositions of their client's cases without the need for trial. This request is made with the consent of counsel for Luka Grishaj, Raul Pena and Ramon Uribe. I have not been able to speak with Mr. Joy, counsel for Christopher Baez, although we have exchanged voicemail messages. I have not heard from Mr. Nobel,

*[signed] Granted*
*Leonard B. Sand*
*USDJ*
*2/28/08*

**MEMO ENDORSED**

counsel for Alexander Amparo, but I believe he too consents, based on my prior conversations with him.

             Respectfully Submitted,

             MICHAEL J. GARCIA
             United States Attorney

      By: _____
           Eugene Ingoglia
           Assistant United States Attorney
           (212) 637-1113

cc: By facsimile
   Daniel Nobel, Esq.(counsel for the defendant Alexander Amparo) 212-219-9255 fax
   Barry Agulnick, Esq. (counsel for the defendant Luka Grishaj) 212-693-1666 fax
   Allan Haber, Esq. (counsel for the defendant Ramon Uribe) 212-233-4414 fax
   Leonard Joy, Esq. (counsel for the defendant Christopher Baez) 212-571-0392 fax
   Ellyn Bank, Esq. (counsel for the defendant Raul Pena) 212-566-8165

**MEMO ENDORSED**