# ELLYN I. BANK
**Attorney At Law**
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

July 31, 2008

VIA FACSIMILE (212 805 7948)

Honorable Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

Re: United States v. Pena, 07 Cr. 1158 (LBS)

Dear Judge Sand:

I represent the defendant, Raul Pena, with respect to the above captioned case. I respectfully request that Your Honor permit Mr. Pena to travel to Las Vegas, Nevada, from August 19, 2008 to September 3, 2008. AUSA Eugene Ingolia consents to this request.

Mr. Pena is travelling to Las Vegas to spend time with his two daughters, who live there. While visiting, he will be staying with them at their residence, located at 4400 S. Jones Road, Building 28, Apt. 1136, Las Vegas, Nevada, 89103. He will be in contact through his cell phone, at 347-863-5664.

Accordingly, it is respectfully requested that Mr. Pena be permitted to travel to Las Vegas from August 19, 2008 to September 3, 2008.

*Application Granted*
*SO ORDERED*
*[signature] Pilkury*
*USDJ  8/7/08*
*Part I*

Respectfully,

[signature]
Ellyn I. Bank, Esq.
Attorney for Raul Pena

cc: AUSA Eugene Ingolia (via fax 212 637 2387)